(80 South. 680)

No. 21614.

BROWN et al. v. AMERICAN FIRE INS. CO. OF NEW JERSEY (AMERICAN CENT. FIRE INS. CO. OF NEW JERSEY, Intervener).

(Dec. 2, 1918. Rehearing Denied Feb. 3, 1919.)

Appeal from Twenty-Third Judicial District Court, Parish of St. Mary; Thomas M. Milling, Judge.

Suit by Robert L. Brown and Oscar Zenor, coreceivers of the Mrs. E. D. Burguieres Planting Co., Limited, against the American Fire Insurance Company of New Jersey, in which the American Central Fire Insurance Company of New Jersey intervened. Judgment for plaintiffs, and intervener and defendant appeal. Reversed, and suit dismissed.

Howe, Fenner, Spencer & Cocke, of New Orleans, for appellant defendant.

John W. Lewis, of Opelousas, and Emmett Alpha, of Franklin, for appellant intervener.

Paul Kramer, and Foster, Milling, Saal & Milling, all of Franklin, for appellees.

SOMMERVILLE, J. This case presents similar matters and points of law considered and disposed of this day in case numbered 21613, entitled "Robert L. Brown and Oscar Zenor, Coreceivers of the Mrs. E. D. Burguieres Planting Company, Limited, v. North River Insurance Co. of New York (American Central Fire Insurance Co. of New Jersey, Intervener), 80 South. 674;[1] and, for the reasons given therein,

It is ordered, adjudged, and decreed that the judgment appealed from be annulled, avoided, and reversed, and that there be judgment dismissing plaintiffs' suit, at their costs.

O'NIELL, J., being recused, takes no part.

[1] Ante, p. 504.